1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. CARRUTHERS,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CITY OF ADELANTO,<br>ADELANTO COMMUNITY<br>CORRECTIONAL FACILITY,<br>C. D. C. R.,<br><br>    Defendants. | CASE NO. CV 0459-AHM (RC)<br><br>ORDER ADOPTING IN PART AND MODIFYING IN PART REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as plaintiff's objections, and has made a *de novo* determination.

  IT IS ORDERED that (1) the Report and Recommendation is adopted in part and modified in part; and (2) Partial Judgment pursuant to Rule 54(b) shall be entered dismissing the Complaint and action against all defendants named in the caption page of the Complaint, namely, the City of Adelanto, Adelanto Community Correctional Facility, and C.D.C.R. (the California Department of

1  Corrections and Rehabilitation), but not against Defendant Calvin White, who is
2  named on page two of the Complaint, for failure to state a claim upon which
3  relief can be granted.
4      As to Defendant Calvin White, the Court finds, contrary to the phrasing at
5  page 4:21-24 of the Report and Recommendation, that there could be a "nexus
6  alleged between Plaintiff's claimed constitutional violation and . . . Warden
7  Calvin White." In principle, if White (acting in his personal - - as opposed to
8  official - - capacity) aided, abetted, authorized or ratified the alleged
9  constitutional violation, he might be subject to liability. However, White could
10 not be liable merely because he might have been the person in overall charge of
11 the institution; *respondeat superior* liability is not applicable.
12     Accordingly, Plaintiff is granted leave to amend the Complaint as to
13 Defendant Calvin White only. If Plaintiff has ascertained the identity of the
14 male referred to in the Complaint at page three, he may also be named as a
15 defendant. Any amended complaint shall be filed by not later than December 1,
16 2010.
17     IT IS FURTHER ORDERED that the Clerk shall serve copies of this
18 Order and the Magistrate Judge's Recommendation by the United States mail on
19 the Plaintiff.

Dated: October 26, 2010

A. HOWARD MATZ
United States District Judge