# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. CARRUTHERS,<br><br>  Plaintiff,<br><br>v.<br><br>THE CITY OF ADELANTO, ADELANTO COMMUNITY CORRECTIONAL FACILITY, C. D. C. R.,<br><br>  Defendants. | CASE NO. CV 0459-AHM (RC)<br><br>PARTIAL JUDGMENT PURSUANT TO RULE 54(B) |

IT IS ADJUDGED that Judgment shall be entered dismissing the Complaint and action against defendants the City of Adelanto, Adelanto Community Correctional Facility, and C.D.C.R. (the California Department of Corrections and Rehabilitation) for failure to state a claim upon which relief can be granted. The Court expressly determines that there is no just reason to delay entering judgment in their behalf. However, judgment is not entered against Defendant Calvin White.

Dated: Oct. 26, 2010

A. HOWARD MATZ
United States District Judge