UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JAMES B. CARRUTHERS, | No. ED CV 10-00459-AHM (VBK) |
| Plaintiff, | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE COMPLAINT |
| v. | |
| THE CITY OF ADELANTO, et al., | |
| Defendants. | |

   Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

   **IT IS THEREFORE ORDERED** that Judgment be entered (1) approving and adopting the Report and Recommendation, and (2) directing that Judgment be entered dismissing Defendant Calvin White, Plaintiff's Complaint and the entire action.

DATED: March 11, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE