UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JAMES B. CARRUTHERS, | ) | No. ED CV 10-00459-AHM (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| THE CITY OF ADELANTO, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing Defendant Calvin White, Plaintiff's Complaint and the entire action.

DATED: March 11, 2011

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**